UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21831-CIV-MARTINEZ-BANDSTRA

OLGA MAYOR, LUIS BLANCO OSORIO, on
behalf of themselves and all others similarly
situated,

     Plaintiffs,

vs.

MICHAEL CHERTOFF, Secretary for the
Department of Homeland Security; EMILO
GONZALEZ, Director, United States
Citizenship and Immigration Services; LINDA
SWACINA, District Director, Miami District
Office, United States Citizenship and
Immigration Services,

     Defendants.
_____/

**ORDER DENYING PLAINTIFFS' REQUEST FOR RECONSIDERATION OF DECISION TO GRANT GOVERNMENT'S MOTION FOR EXTRAORDINARY ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Plaintiffs' Request for Reconsideration of Decision to Grant Government's Motion for Extraordinary Enlargement of Time to File a Responsive Pleading to Amended Complaint **(D.E. No. 15)**, filed on **October 17, 2006**.  The Court has carefully considered the motion and is otherwise duly advised.  "'The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.'"  *Z.K. Marine, Inc., v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992) (quoting *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3rd Cir.1985)).  This Court finds that Plaintiffs have not presented manifest errors of law or fact or newly discovered evidence

which would warrant this Court's reconsideration of the Order at issue. However, the Court notes that it has considered Plaintiffs' Opposition to Motion for Enlargement of Time for Defendant to file a Responsive Pleading to Amended Complaint (D.E. No. 14) and the Court will caution Defendants that the extension granted in the Order issued on October 16, 2006 will be the last extension granted on this matter. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiffs' Request for Reconsideration of Decision to Grant Government's Motion for Extraordinary Enlargement of Time to File a Responsive Pleading to Amended Complaint **(D.E. No. 15)** is **DENIED**. However, Defendants are cautioned that no more extensions of time will be granted in reference to the filing of a response to the complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record